UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN D. WATSON, ) | |
| ) | CASE NO. C10-0073-JCC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | ORDER OF REMAND |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 19), and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation (Dkt. No. 19);

2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

//

//

//

ORDER DISMISSING § 1983 ACTION
PAGE -1

01     3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

02

DATED this 19th day of November, 2010.

03

04

05                                        John C. Coughenour

06                                        UNITED STATES DISTRICT JUDGE

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 1983 ACTION
PAGE -2